**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Christy Bonczek,<br><br>Plaintiff,<br><br>v.<br><br>Affinity Plus Federal Credit Union,<br><br>Defendant. | Case No.: 22-CV-552 (NEB-TNL)<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN by Plaintiff Christy Bonczek and Defendant Affinity Plus Federal Credit Union that a settlement of the above-referenced action has been reached. Plaintiff and Defendant anticipate needing approximately 15 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal of the matter.

Accordingly, the parties respectfully submit that the settlement obviates the need for Defendant to respond to the Complaint or make any other Court required appearances or filings prior to dismissal. If the settlement is not concluded within the next 20 days, Defendant will timely notify the Court.

3684984.v1

Dated:  April 27, 2022          **CONSUMER JUSTICE CENTER, P.A.**

*/s/ Thomas J. Lyons, Jr.*
Thomas J. Lyons, Jr., #0249646
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Email: tommy@consumerjusticecenter.com
**ATTORNEYS FOR PLAINTIFF**


Dated:  April 27, 2022          **FELHABER LARSON**

*/s/ Ryan A. Olson*
Ryan A. Olson, #0340935
220 South Sixth Street, Suite 2200
Minneapolis, MN  55402-4504
Telephone: (612) 373-8514
rolson@felhaber.com
**ATTORNEYS FOR DEFENDANT**

3684984.v1