# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTY BONCZEK, | Case No. 22-CV-552 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| AFFINITY PLUS FEDERAL CREDIT UNION, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on June 7, 2022 (ECF No. 13), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without attorneys' fees or costs to any of the parties to this action.

Dated: June 9, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge